UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:17-cv-329(WOB-MRM)

TONY HELM                                             PETITIONER

VS.                          <u>JUDGMENT</u>

WARDEN, NORTH CENTRAL
CORRRECTIONAL COMPLEX                                 RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 12), and no objections having been filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 12) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 3), is **DISMISSED WITH PREJUDICE**. A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 31st day of July, 2018.



Signed By:
William O. Bertelsman  WOB
United States District Judge